IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAPITAL ONE BANK (USA), N.A.,

   Plaintiff,

     v.

LUE A. HODGE MAYFIELD,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-2309-TWT

ORDER

This is a Fair Debt Collection Practices Act case. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending denying the Defendant's Motions to Dismiss [Doc. 2, 4] and granting the Plaintiff's Motion to Remand [Doc. 6]. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the judgment of the Court. The Defendant's Motions to Dismiss [Doc. 2, 4] are DENIED and the Plaintiff's Motion to Remand [Doc. 6] is GRANTED. This action is remanded to the Magistrate Court of DeKalb County.

SO ORDERED, this 19 day of November, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge